Prob 12B
(7/93)

# UNITED STATES DISTRICT COURT

for the

### District of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 FEB -7 PM 1:36

OFFICE OF THE CLERK

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | Glenn A. Davis | **Docket Number:** 8:98CR228-01 |
| **Sentencing Judge:** | The Honorable William G. Cambridge U.S. District Judge | |
| **Date of Original Sentence:** | August 23, 1999 | |
| **Original Offense:** | Use of Wire for Murder for Hire | |
| **Original Sentence:** | 87 months custody, 3 years supervised release | |
| **Type of Supervision:** | Supervised Release | |
| **Date Supervision Commenced:** | May 31, 2005 | |

## PETITIONING THE COURT

__ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

**That the defendant shall not associate with Ms. Danielle Weaver, by any means, including in person, by mail, or electronic means, nor via third parties. If contact occurs, the offender shall immediately report the contact to the U.S. Probation Officer.**

### CAUSE

Based on the violent nature of the instant offense and Ms. Weaver's participation in the offense, this restriction is necessary in order to adequately supervise Mr. Davis.

Respectfully submitted,

*[signature]*
Douglas D. Steensma
U.S. Probation Officer

Reviewed by,

*[signature]* John A. Hill by mjh
John A. Hill, Supervising
U.S. Probation Officer

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

_____
The Honorable Joseph F. Bataillon
Chief U.S. District Judge

Date 2/7/06

PROB 49
(3/89)

# United States District Court

_____ District _____of Nebraska_____

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the defendant shall not associate with Ms. Danielle Weaver, by any means, including in person, by mail or electronic means, nor via third parties. If any contact occurs, the supervisee shall immediately leave the area of contact, and report the contact to the U. S. Probation Officer within 72 hours.

Witness _____   Signed _____
U.S. Probation Officer                                                              Probationer or Supervised Releasee

12-14-05
_____
Date